IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STACY OLIVER HESTER                                                                  PLAINTIFF

V.                                                           CIVIL ACTION NO.: 1:10CV239-SA-DAS

LOWNDES COUNTY, MISSISSIPPI SCHOOL DISTRICT,
and MICHAEL HALFORD                                                               DEFENDANTS

JIM HOOD, ATTORNEY GENERAL FOR THE
STATE OF MISSISSIPPI, *EX REL.* THE STATE
OF MISSISSIPPI                                                            INTERVENOR-DEFENDANT

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**
_____

Upon Motion of Plaintiff [Docket 82], it is hereby ORDERED this cause is finally dismissed with prejudice. This case is CLOSED.

ORDERED, this the 24th day of July, 2014.

                                                                                         /s Sharion Aycock_____
                                                                                         UNITED STATES DISTRICT JUDGE